**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 15, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6499**

In the Matter of      Case Number:

HAILEY FOGEL, ERIC FOGEL, AND ANGELA FOGEL
v.
EVANSTON NORTHWESTERN HEALTHCARE WELFARE
HEALTH PROGRAM, and
WELFARE PLAN APPEALS COMMITTEE, Its Plan

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HAILEY FOGEL, ERIC FOGEL, AND ANGELA FOGEL, PLAINTIFFS

| | |
|---|---|
| NAME (Type or print) LAWRENCE C. CASSANO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lawrence C. Cassano | |
| FIRM NOBLE & CASSANO | |
| STREET ADDRESS 1979 N. MILL STREET, SUITE 205 | |
| CITY/STATE/ZIP NAPERVILLE, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197440 | TELEPHONE NUMBER (630) 579-9460 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |