## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HAILEY FOGEL, ERIC FOGEL, and ANGELA FOGEL, | Case No. 07 C 6499 |
| Plaintiffs, | Judge Holderman |
| v. | Magistrate Judge Nolan |
| EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and | |
| WELFARE PLAN APPEALS COMMITTEE, | |
| Defendants. | |

### NOTICE OF FILING

TO:

    Lawrence C. Cassano
    Kevin J LeFevour
    Noble & Cassano
    1979 N. Mill Street, Suite 205
    Naperville, Illinois 60563

    PLEASE TAKE NOTICE that on Monday, February 11, 2008, we filed with the Honorable Judge Holderman, in Courtroom 2541 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the attached **DEFENDANT'S ANSWER TO COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Dated: February 11, 2008

Respectfully submitted,

    s/ Yukyong Choi
Mark A. Casciari
Yukyong Choi
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000
*Attorneys for Defendant*