UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Hailey Fogel, et al.
                                                            Plaintiff,

v.                                                                   Case No.:
                                                                  1:07−cv−06499

                                                                  Honorable James F. Holderman

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.
                                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge James F. Holderman : Parties are to meet and prepare Form 35 for filing by 2/22/2008. Status hearing date of 2/26/2008 to stand for entry of scheduling order. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.