**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HAILEY FOGEL, ERIC FOGEL and ANGELA FOGEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 07 CV 6499 |
| EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and WELFARE PLAN APPEALS COMMITTEE, Its Plan Administrator, | ) ) ) ) ) ) ) | Chief Judge Holderman  Magistrate Judge Nolan |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

1. Pursuant to this Court's order, Lawrence C. Cassano, who represents Plaintiffs Hailey Fogel, Eric Fogel, and Angela Fogel ("Plaintiffs"), and Mark Casciari, who represents Evanston Northwestern Healthcare Welfare Plan and Welfare Plan Appeals Committee ("Defendants"), a meeting was held on February 19, 2008, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Fed.R.Civ.P.) to discuss:

    a. the nature and basis of their claims and defenses;

    b. the possibilities for a prompt settlement or resolution of this case;

    c. to make or arrange for the disclosures required under Rule 26(a)(1); and

    d. to develop a discovery plan;

The parties have attempted to agree to a proposed discovery schedule, but have come to an impasse on certain issues.

2. <u>Plaintiffs' Position</u>:  The parties will exchange by March 26, 2008 the Initial Disclosures related to all claims under the Complaint pursuant to Fed.R.Civ.P. 26(a)(1).

Defendants' Position:  Initial disclosures will be limited to Plaintiffs' ERISA Section 502(c)(1) claim and should be exchanged by March 3, 2008.

3.  Discovery Plan.

Plaintiffs' Proposed Discovery Plan:

a.  Depending upon developments in discovery and Plaintiffs' review of what Defendants produce as the Administrative Record, discovery may be necessary in compliance with prevailing case law for discovery in ERISA cases.  Not only does the Complaint allege a claim for benefits, but also includes a document production claim and others.

b.  Defendants shall produce the Administrative Record to Plaintiffs' counsel on or before March 10, 2008.

c.  Subject to Plaintiffs' review of Defendant's production of the Administrative Record, discovery may be needed on the following subjects:

   i.    All transactions involving Plaintiffs and Defendants;

   ii.   All transactions involving Plaintiffs' healthcare plan;

   iii.  All conduct of Defendants' representatives and administrators regarding Plaintiffs' healthcare plan;

   iv.   All transactions by Defendants that might constitute a violation of ERISA; and

   v.    All acts or omissions by all Defendants relating directly or indirectly to the allegations set forth in Plaintiffs' Complaint.

d.  All discovery commenced in time is to be completed by November 26, 2008.

e.  There shall be a maximum of 25 interrogatories by each party to any other party. Responses to be due 30 days after service.

f.  Depending on developments in discovery and Defendants' production of the Administrative Record, Plaintiffs would intend to take several depositions that may include Lori Kreischer, Andrew Lindsay, Laura Stewart, and "Mr. Anderson," all of whom are employees or representatives of Defendants. Defendants anticipate taking the deposition of Eric Fogel. Each deposition is to be limited as provided by rule unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) are due by September 26, 2008.

  h. Supplementations under Fed.R.Civ.P. 26(e) are due by June 26, 2008.

<u>Defendants' Proposed Discovery Plan</u>:

Plaintiffs allege Defendants violated ERISA Section 502(a)(1)(B) by wrongfully denying their claim for benefits under an ERISA-governed employee welfare plan. Plaintiffs also allege Defendants violated ERISA Section 502(c)(1) by failing to timely provide a copy of a plan document.

There will be no discovery on the Section 502(a)(1)(B) claim for denial of benefits as the Court is limited to a review of the Administrative Record. *See Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan,* 195 F.3d 975 (7th Cir. 2000). Defendants shall submit the Administrative Record in this case to Plaintiffs by March 10, 2008, and Plaintiffs shall advise Defendants of any objections to the contents of that proposed record by March 24, 2008.

As to the Section 502(c)(1) claim, Defendants discovery shall be limited to the depositions of Plaintiffs Eric and Angela Fogel. Those depositions shall be completed by March 31, 2008.

Defendants also shall be permitted to request production of the Plaintiffs' attorney's fee and cost agreement with their counsel, by March 31, 2008.

  b. There shall be no experts in this action.

4. Other Items.

  a. The parties request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference in November 2008; Defendants request a pretrial conference 30 days after a ruling on all motions for summary judgment.

c.  Plaintiffs' Proposed Schedule to Add Additional Parties and Amend Pleadings. The parties should be allowed until September 26, 2008 to join additional parties and to amend the pleadings.

Defendants' Proposed Schedule to Add Additional Parties and Amend Pleadings. The parties should be allowed until March 24, 2008 to join additional parties and to amend the pleadings

d.  Plaintiffs' Proposed Dispositive Motion Schedule: All potentially dispositive motions should be filed by October 26, 2008. Responses to be filed 28 days thereafter, and replies to be filed 14 days thereafter.

Defendants' Proposed Dispositive Motion Schedule: All potentially dispositive motions shall be filed by May 1, 2008. Responses to be filed 14 days thereafter, replies to be filed 7 days thereafter.

e.  The parties have discussed settlement of this case in good faith and state that settlement is unlikely.

f.  Plaintiffs' Proposed Pre-Trial Schedule: A trial will be necessary regarding all allegations of the complaint and a final list of witnesses and exhibits under Fed.R.Civ.P. 26(1)(3) should be due from Plaintiffs and Defendants by December 26, 2008.

Defendants' Proposed Pre-Trial Schedule: There can be no trial on the Section 502(a)(1)(B) claim, as it involves a review of an Administrative Record. As to the Section 502(c)(1) claim, final lists of witnesses and exhibits under Fed.R.Civ.P. 26(1)(3) (if necessary) should be due from Plaintiffs and Defendants 60 days after the ruling on all motions for summary judgment..

g.  The parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Fed.R.Civ.P. 26(a)(3).

h.  Plaintiffs' Proposed Trial Schedule: The case should be ready for trial regarding all allegations of the complaint by January 26, 2009 and at that time it is expected to take approximately two (2) days to try the case to completion.

Defendants' Proposed Trial Schedule: There can be no trial on the Section 502(a)(1)(B) claim, as it involves a review of an Administrative Record. As to the Section 502(c)(1) claim, that claim should be ready for trial (if necessary) 90 days after the ruling on all motions for summary judgment, and any trial should take one day to complete.

Dated: February 22, 2008

Respectfully submitted,

**HAILEY FOGEL, ERIC FOGEL AND ANGELA FOGEL**

By: *s/Lawrence C. Cassano*

Lawrence C. Cassano (ARDC # 6197440)
**CASSANO & ASSOCIATES**
1979 N. Mill Street, Suite 205
Naperville, IL 60563
(630) 579-9460

**EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and WELFARE PLAN APPEALS COMMITTEE**

By: *s/Mark Casciari*

Mark Casciari
Yukyong Choi
**SEYFARTH SHAW, LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that true and accurate copies of the foregoing *Report of Parties' Planning Conference* have been served on the below-listed attorneys via the Court's electronic filing system this 22nd day of February 2008.

    Lawrence C. Cassano (ARDC # 6197440)
**CASSANO & ASSOCIATES**
1979 N. Mill Street, Suite 205
Naperville, IL 60563
(630) 579-9460


                         *s/Yukyong Choi*