**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HAILEY FOGEL, ERIC FOGEL, and ANGELA FOGEL, | ) Case No. 07 C 6499 |
| | ) |
| | ) Judge Holderman |
| Plaintiffs, | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| v. | ) |
| | ) |
| EVANSTON NORTHWESTERN | ) |
| HEALTHCARE WELFARE PLAN | ) |
| HEALTH PROGRAM, and | ) |
| | ) |
| WELFARE PLAN APPEALS | ) |
| COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF FILING</u>**

TO:

      Lawrence  C. Cassano
      Kevin J LeFevour
      Noble & Cassano
      1979 N. Mill Street, Suite 205
      Naperville, Illinois  60563

      PLEASE TAKE NOTICE that on Friday, February 22, 2008, we filed with the Honorable Judge Holderman, in Courtroom 2541 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the attached **REPORT OF PARTIES' PLANNING CONFERENCE**, a copy of which is attached hereto and hereby served upon you.

Dated: February 22, 2008

                                         Respectfully submitted,

                                                <u>   s/ Yukyong Choi     </u>
                                                  Mark A. Casciari
                                                  Yukyong Choi
                                                  SEYFARTH SHAW LLP
                                                  131 South Dearborn Street, Suite 2400
                                                  Chicago, Illinois 60603
                                                  (312) 460-5000
                                                  *Attorneys for Defendants*