UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Hailey Fogel, et al.
                                                      Plaintiff,
v.                                                    Case No.:
                                                      1:07−cv−06499
                                                      Honorable James F. Holderman

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.
                                                      Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

MINUTE entry before Judge James F. Holderman : Status hearing held on 2/26/2008. Parties shall comply with FRCP(26)(a)(2) by 9/26/2008. Supplementations under Fed.R.Civ.P. 26(e) are due by 6/26/2008. Fact Discovery ordered closed by 11/26/2008. Expert Discovery ordered closed by 10/10/2008. Parties are to meet with Magistrate Judge Nolan for settlement conference at the end of fact discovery. This case will be referred to Magistrate Judge Nolan for discovery disputes and settlement conference. Dispositive motions with supporting memoranda due by 10/27/2008; responses due by 11/17/2008. Replies due by 12/1/2008. Final Pretrial Order due by 1/20/2009. Motions in limine with supporting memoranda due by 1/20/2009; responses due by 1/23/2009. Final Pretrial Conference set for 1/27/2009 at 4:00 PM. Bench Trial set for 2/2/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.