UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Hailey Fogel, et al.

                                              Plaintiff,

v.                                                  Case No.:
                                                        1:07−cv−06499
                                                        Honorable James F. Holderman

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.

                                              Defendant.


### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Nan R. Nolan for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.


Dated: February 26, 2008

                                                                   /s/ James F. Holderman

                                                                  United States District Judge