**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HAILEY FOGEL, ERIC FOGEL, and ANGELA FOGEL, </br></br>      Plaintiffs, </br></br> v. </br></br> EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and </br></br> WELFARE PLAN APPEALS COMMITTEE, </br></br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 07 C 6499 </br></br> Judge Holderman </br></br> Magistrate Judge Nolan |

**PLAINTIFFS' STATUS REPORT**

     Pursuant to Magistrate Judge Nolan's Standing Order, the parties state as follows:

**1.    Summary of Claims**

     Plaintiffs, pursuant to 28 U.S.C. §§2201 and 2202, and 29 U.S.C. §1132, allege several violations of ERISA:

     (a) Defendants failed to timely disclose information and provide documents to plan participants as required by 29 U.S.C. §1132(c)(1);

     (b) Defendants violated their duty of loyalty to a plan participant under 29 U.S.C. §1104(a)(1) by failing to enroll Haily Fogel in the welfare plan and by further failing to correct their administrative errors thus subjecting them to equitable damages under 29 U.S.C. 1132(a)(3);

     (c) Defendants wrongfully denied benefits due Plaintiffs in violation of 29 U.S.C §1132(a)(1)(B); and

     (d) Defendants violated 29 U.S.C. §1024(b)(4) in failing to provide plan documents as requested by Plaintiffs.

**2.     Relief Sought**

Plaintiffs request Defendants be estopped from denying Hailey Fogel coverage and reimbursements under the Plan in 2006.

Plaintiffs claim benefits pursuant to 29 U.S.C. §1132(a)(1)(B) which they allege are due them under the Plan.

Plaintiffs seek payment and reimbursement of the cost of independent insurance coverage they purchased on behalf of Hailey Fogel.

Plaintiffs seek penalties pursuant to 29 U.S.C. §§1132(c) and 1024(b)(4) for the Plan's alleged failure to provide Plaintiffs with requested documents.

Plaintiffs request an injunction requiring the Plan Administrator to write a letter to each credit reporting agency that likely received adverse information concerning Hailey Fogel's medical bills in order to preserve or restore Plaintiffs' credit rating.

Plaintiffs request an injunction enjoining the Plan Administrator from failing to provide Plan SPDs and enrollment forms to other participants and beneficiaries as required by ERISA

Plaintiffs request attorneys' fees, pursuant to 29 U.S.C. §1132(g).

An itemization of Plaintiffs' money damages follows. Plaintiffs reserve the right to amend these damages in the future.

| | |
|---|---|
| $46,860.00 – | Penalties pursuant to 29 U.S.C. §§ 1132(c) and 1104(b)(iv) for the Plan Administrator's failure to provide Plaintiffs with requested documents and information (426 days – 10/07/06 to 12/06/07 at $110 per day); |
| 2,168.81 – | Plaintiffs' liability for medical bills due to lack of coverage; |
| TBD – | Attorney's fees to date; |
| 437.40 – | Plaintiffs' expenses for temporary insurance coverage (four months at $109.35); |
| 350.00 – | Filing fee. |

$49,816.21 plus attorney's fees

**3.     Matter Referred to Magistrate**

*See* attached Exhibit A, referral order issued by Judge Holderman on February 26, 2008.

**4.     Briefing Status**

At this time, no matters have been briefed.

5. **Discovery Status**

Judge Holderman set the discovery cut off date for November 26, 2008. *See* attached Exhibit B, minute order dated February 26, 2008

On March 26, 2008, the parties exchanged Initial Disclosures pursuant to Rule 26(a). No other discovery has been conducted.

The Plaintiffs anticipate up to five (5) depositions. The Plaintiff's position is that oral and written discovery should proceed with regards to each of its claims.

6. **Consent to Trial by Magistrate**

The parties do not consent to trial before the Magistrate Judge.

7. **Status of Settlement Negotiations**

None ongoing.

Dated: April 3, 2008

                                          Respectfully submitted,

                                          **HAILEY FOGEL, ERIC FOGEL AND ANGELA FOGEL**

                                          By: *s/Lawrence C. Cassano*

Lawrence C. Cassano
**CASSANO & ASSOCIATES**
1979 N. Mill Street, Suite 205
Naperville, IL 60563
(630) 579-9460

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that true and accurate copies of the foregoing *PLAINTIFFS' STATUS REPORT* has been served on the below-listed attorneys via electronic mail and the Court's electronic filing system this 3rd day of April 2008.

Mark Caciari
Yukyong Choi
**SEYFARTH SHAW, LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

                                                       *s/Lawrence C. Cassano*