IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAILEY FOGEL, ERIC FOGEL, and ANGELA FOGEL, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and <br><br> WELFARE PLAN APPEALS COMMITTEE, <br><br>　　　　　Defendants. | Case No. 07 C 6499 <br><br> Judge Holderman <br><br> Magistrate Judge Nolan |

## Defendants' Status Report

Pursuant to Magistrate Judge Nolan's Standing Order, Defendants submit the following Status Report and state as follows:

**1.　Summary of Claims**

Plaintiffs allege Defendants violated ERISA Section 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), by wrongfully denying their claim for benefits under an ERISA-governed employee welfare plan. Plaintiffs also allege Defendants violated ERISA Section 502(c)(1), 29 U.S.C. § 1132(c)(1), by failing to timely provide a copy of a plan document.

**2.　Relief Sought**

Claim for benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) for Plan's denial of benefits.

Penalties pursuant to 29 U.S.C. §§ 1132(c)(1) (and 1024(b)(4)) for the alleged failure to provide Plaintiffs with requested plan documents.

Plaintiffs' or defendants' reasonable attorneys' fees, depending on the outcome of the case.

**3.　Matter Referred to Magistrate**

*See* attached Exhibit A, referral order issued by Judge Holderman on February 26, 2008.

**4.　Briefing Status**

At this time, no matters have been briefed.

5.  **Discovery Status**

Judge Holderman set discovery cut off date has been set for November 26, 2008. See attached Exhibit B, minute order dated February 26, 2008

On March 26, 2008, the parties exchanged Initial Disclosures pursuant to Rule 26(a). No other discovery has been conducted.

The defendants anticipate 2 depositions of the adult plaintiffs, just on the 29 U.S.C. § 1132(c)(1) claim. It is the position of the defendants that there can be no depositions or written discovery on the 29 U.S.C. § 1132(a)(1)(B) claim, as that entails the Court's review of the Administrative Record (which already has been produced to plaintiffs).

6.  **Consent to Trial by Magistrate**

The parties do not consent to trial before the Magistrate Judge.

7.  **Status of Settlement Negotiations**

None ongoing.


Dated: April 3, 2008

Respectfully submitted,

**EVANSTON NORTHWESTERN HEALTHCARE WELFARE PLAN HEALTH PROGRAM, and WELFARE PLAN APPEALS COMMITTEE**


By: *s/Mark Casciari*

Mark Casciari
Yukyong Choi
**SEYFARTH SHAW, LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

## CERTIFICATE OF SERVICE

Yukyong Choi, an attorney, certifies that she caused a true and correct copy of the foregoing DEFENDANT'S STATUS REPORT to be served upon:

>Lawrence C. Cassano lcassano@cassanolaw.com
>Kevin J LeFevour klefevour@cassanolaw.com
>CASSANO & ASSOCIATES
>1979 North Mill Street
>Suite 205
>Naperville, Illinois 60563

via the Court's electronic filing sysstem on this 3rd day of April, 2008.

>/s/ Yukyong Choi

CH1 11451186.1