## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Hailey Fogel, et al.

                                                                                                Plaintiff,

v.                                                                                              Case No.:
                                                                                              1:07−cv−06499

                                                                                              Honorable James F. Holderman

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.

                                                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 4/8/2008 and continued to 6/19/2008 at 09:00 AM. Counsel advised discovery in progress.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.