UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Hailey Fogel, et al.
                              Plaintiff,
v.                                         Case No.:
                                           1:07−cv−06499
                                           Honorable James F. Holderman

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 6/18/2008 and continued to 8/20/2008 at 09:00 AM. Counsel are advised any extension of time regarding discovery are to be directed to the district court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.