## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hailey Fogel, et al.

                Plaintiff,

v.

Evanston Northwestern Healthcare Welfare Plan
Health Program, et al.

                Defendant.

Case No.:
1:07−cv−06499

Honorable James F. Holderman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

    MINUTE entry before the Honorable Nan R. Nolan: Settlement Conference set for 12/02/2008 is stricken and reset for 12/8/2008 at 10:30 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.